No. 356. UNITED STATES EX REL. GEORGE W. BILLERMAN *v.* MATTHEW J. LONG, CRIMINAL SHERIFF OF THE PARISH OF ORLEANS, STATE OF LOUISIANA. Appeal from the District Court of the United States for the Eastern District of Louisiana. Motion to dismiss submitted January 20, 1919. Decided March 3, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley*, 205 U. S. 225, 232; *Goodrich* v. *Ferris*, 214 U. S. 71, 79; *Brolan* v. *United States*, 236 U. S. 216, 218. *Mr. Wm. Winans Wall* and *Mr. Robert H. Marr* for appellant. *Mr. Thomas Lee Woolwine* for appellee.